No. A–327 (76–5549). SKINNER v. UNITED STATES. C. A. 5th Cir. Application for bail, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

No. A–360. RADDA v. ACITO ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Application for stay, presented to MR. JUSTICE POWELL, and by him referred to the Court, denied.

No. 75–699. MATHEWS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE v. GOLDFARB. Appeal from D. C. E. D. N. Y. [Probable jurisdiction noted, 424 U. S. 906.] Motion of appellee for leave to file supplemental brief after argument granted.

No. 75–1261. KNEBEL, SECRETARY OF AGRICULTURE v. HEIN ET AL.; and
No. 75–1355. BURNS, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF IOWA, ET AL. v. HEIN ET AL. Appeals from D. C. S. D. Iowa. [Probable jurisdiction noted, 426 U. S. 904.] Motion of appellants for divided argument granted. Motion of the Solicitor General to permit Stephen L. Urbanczyk, Esquire, to argue *pro hac vice* on behalf of appellant in No. 75–1261 granted.

No. 75–1631. KIRKLAND ET AL. v. NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES ET AL., *ante,* p. 823;
No. 75–1694. JONES ET AL. v. NEW YORK CITY HUMAN RESOURCES ADMINISTRATION ET AL., *ante,* p. 825; and
No. 75–6782. DOUGLAS v. FLORIDA, *ante,* p. 871. Counsel for respondents requested to file responses to petitions for rehearing within 30 days.

No. 75–1707. OHIO BUREAU OF EMPLOYMENT SERVICES ET AL. v. HODORY. Appeal from D. C. N. D. Ohio. [Probable jurisdiction noted, *ante,* p. 814.] Motion of Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* granted.